IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION


CRIMINAL NO. 12-50012-003        USA v. JENNIFER BURCH

COURT PERSONNEL:                 APPEARANCES:

Judge: JIMM LARRY HENDREN        Govt. CLAY FOWLKES

Clerk: GAIL GARNER               Deft. WENDY HOWERTON

Reporter: GAIL GARNER


## SENTENCING MINUTE SHEET


   On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

   (X)  Inquiry made that defendant is not under influence of
        alcohol or drugs and is able to comprehend proceedings.
   (X)  Inquiry made whether defendant is under the care of a
        physician or taking any medication and is able to
        comprehend proceedings.
   (X)  Inquiry made that defendant is satisfied with counsel.
   (X)  Court determined that defendant and counsel have had
        opportunity to read and discuss presentence investigation
        report.
   (X)  Presentence investigation report reviewed in open court.
   (X)  All objections with exception of #7 are withdrawn or
        satisfied.
   (X)  Court expresses final approval of plea agreement.
   (X)  Government moves for downward departure pursuant to
        3553(e) and 5K1.1 - granted and a 5-level reduction
        awarded.
   (X)  Counsel for defendant afforded opportunity to speak on
        behalf of defendant.
   (X)  Defendant afforded opportunity to make statement and
        present information in mitigation of sentence.
   (X)  Attorney for government afforded opportunity to make
        statement to court.
   (X)  Court proceeded to impose sentence as follows:

        46 months imprisonment; 3 years supervised release;
        $10,000.00 fine - interest waived.

Criminal No. 12-50012-003

(X)  Defendant ordered to comply with standard conditions of supervised release.
(X)  Defendant ordered to comply with the following special conditions of supervised release:

   Submit person, residence, place of employment, and vehicle to a search conducted by the USPO upon request.

   Submit to inpatient/outpatient substance abuse testing/treatment at direction of USPO.

(X)  Defendant ordered to pay total special assessment of $100.00, for count 5, which shall be due immediately.
(X)  Count 1 and forfeiture allegation dismissed on motion by the government.
(X)  Defendant advised of right to appeal sentence imposed.
(X)  Defendant advised of right to apply for leave to appeal in forma pauperis.
(X)  Defendant remanded to custody of USMS.


DATE: FEBRUARY 5, 2013          Proceeding began: 10:49 am

                                              ended: 11:40 am